PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00308-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JERONE SOTOLONGO, | DATE: January 16, 2024 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 16, 2024.

2. By this stipulation, defendant now moves to continue the status conference until January 30, 2024, at 9:30 a.m., and to exclude time between January 16, 2024, and January 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over a hundred pages of discovery, including police reports, several body camera videos, photographs, the defendant's criminal history, and other recordings associated with the case. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying. The government has also sent a plea offer to the defendant, and the parties have engaged in plea discussions.

      b)      Counsel for defendant desires additional time to review the discovery, research potential issues related to the plea offer, inspect physical items seized in this case, prepare and potential file motions, and otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2024 to January 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 11, 2024                    PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ ROSS PEARSON
                                                   ROSS PEARSON
                                                   Assistant United States Attorney

Dated:  January 11, 2024

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
JERONE SOTOLONGO
(Authorized by email on January 11, 2024)

**ORDER**

IT IS SO ORDERED.

Dated:  **January 11, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE